JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO L. PONCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE<br>SOCIAL SECURITY<br>ADMINISTRATION,<br><br>　　　　Defendant. | Case No. CV 06-7780 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and this action is dismissed with prejudice

DATED: March 21, 2008　　/ s /　ARTHUR NAKAZATO
　　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE